UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH ALEXANDER,

        Plaintiff,

        Case No. 1:10-cv-60

v.

        HONORABLE PAUL L. MALONEY

NATIONAL ENTERPRISE
SYSTEMS, INC.,

        Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant National Enterprise Systems, Inc. has not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant National Enterprise Systems, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: March 1, 2010                        /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       Chief United States District Judge