UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH ALEXANDER,

    Plaintiff,                             HONORABLE PAUL L. MALONEY

v.                                         Case No. 1:10-cv-60

NATIONAL ENTERPRISE
SYSTEMS, INC.,

    Defendant.
_____/

## ORDER REGARDING CLOSING DOCUMENTS

The Court having been informed by Notice of Settlement filed March 24, 2010 (Dkt. #8) of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers shall be filed with the Court by **April 12, 2010**.


DATED:  March 24, 2010                       /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 Chief United States District Judge